UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PAUL DE AYORA,

Petitioner,

v.

INSPIRE BRANDS, INC., et al.,

Respondents.

Case No. 25-cv-03645-AGT

**ORDER RE: CASE MANAGEMENT AND REQUEST FOR FURTHER JOINT UPDATE**

Re: Dkt. No. 27

In their joint stipulation to move the initial case management conference, the parties advised that petitioner Benjamin Paul de Ayora intends to file a first amended complaint after the adjudication of the pending petition to confirm and motion to vacate. *See* dkt. 27 (stipulation); dkt. 1 (petition to confirm); dkt. 12 (motion to vacate).

There is no original complaint in this case, but only a petition to confirm an arbitration award. *See* dkt. 1. What is this first amended complaint (i.e., what are the claims for relief), and how does this future pleading affect the pending motions? Foremost, the Court seeks confirmation that the pending motions are necessary and won't be rendered moot or irrelevant by this "first amended complaint."

/ / /

/ / /

/ / /

/ / /

Accordingly, the parties are ordered to file a joint update, by July 14, 2025, (1) confirming the pending motions are necessary and (2) providing further clarification on this proposed complaint.

**IT IS SO ORDERED.**

Dated: July 11, 2025

Alex G. Tse
United States Magistrate Judge