UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN PAUL DE AYORA,

Petitioner,

v.

INSPIRE BRANDS, INC., et al.,

Respondents.

Case No. 25-cv-03645-AGT

**ORDER DENYING PETITION TO CONFIRM AND MOTION TO VACATE WITHOUT PREJUDICE AND GRANTING LEAVE TO FILE COMPLAINT**

Re: Dkt. Nos. 1, 12

The Court heard oral argument today on petitioner Benjamin Paul de Ayora's petition to confirm an arbitration award, dkt. 1, and respondents Inspire Brands, Inc. and Arby's Restaurant Group, Inc.'s (collectively, Respondents) motion to vacate said award. Dkt. 12.

For the reasons stated at today's hearing, the Court now denies the petition to confirm and motion to vacate without prejudice. The issues raised in the petition and motion can therefore be raised later, as appropriate and necessary.

The Court grants leave to Paul de Ayora to file and serve an original complaint within thirty days of the date of this order. The Court does not believe that leave of court is required, but if Respondents have authority to the contrary, then they may oppose the filing of the complaint within fourteen days. A responsive pleading to the filed complaint shall be due consistent with the Federal Rules of Civil Procedure, or by agreement of the parties and approval of the Court.

/ / /

This order dispenses with dkts. 1 and 12.

**IT IS SO ORDERED.**

Dated: July 18, 2025

Alex G. Tse
United States Magistrate Judge