UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PAUL DE AYORA, et al.,<br>Plaintiffs,<br>v.<br>INSPIRE BRANDS, INC., et al.,<br>Defendants. | Case No. 25-cv-03645-AGT<br><br>**ORDER REGARDING THE SECOND AMENDED COMPLAINT** |

After the Court ruled on defendants Inspire Brands, Inc.; Arby's Restaurant Group, Inc.; Jimmy John's Franchisor SPV, LLC; Sonic Industries Services, LLC; and Dunkin' Brands, Inc.'s (collectively, Defendants) motion to dismiss, dkt. 50, plaintiffs Benjamin Paul de Ayora, Christine Wiley, Mikhail Gershzon, and George Nino (collectively, Plaintiffs) timely filed a first amended complaint. Dkt. 54. But then, creating confusion without an explanation, Plaintiffs belatedly filed another amended complaint. *See* dkts. 53 (order setting deadline) & 57 (complaint). Both filings were entitled "second amended" complaint, when in fact dkt. 54 was the first amended complaint. *See* dkts. 54 & 57.[1] Plaintiffs lacked leave of the Court to file second amended complaint found at dkt. 57, nor is there any indication that Defendants stipulated to this filing. *See* Fed. R. Civ. P. 15(a)(2). Regardless, leave to file an amended pleading is required and none was obtained. Therefore, the second amended

[1] Adding to the confusion, Plaintiffs' first complaint, dkt. 35, was also misnamed "first amended class action complaint." *See* dkt. 50 at 2 n.5.

complaint at dkt. 57 is both untimely and lacking leave of court.

Accordingly, Plaintiffs are now ordered to clarify by **May 29, 2026**, which pleading is the operative complaint and whether they seek the requisite leave to file dkt. 57. Also, if the amended pleading at dkt. 54, is not intended to be the operative pleading, then Plaintiffs should make the record clear and move to strike said amendment. Defendants may file a response by **June 5, 2026**. The hearing on Defendants' motion to dismiss dkt. 57, previously set for May 29, 2026, is vacated, and the Court will post a new hearing date, if necessary. *See* Civil L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: May 27, 2026

Alex G. Tse
United States Magistrate Judge