**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Patrick J. Branson (*pro hac vice*)
patrick@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: 415-639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN PAUL DE AYORA, CHRISTINE WILEY, MIKHAIL GERSHZON, AND GEORGE NINO as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSPIRE BRANDS, INC., ARBY'S RESTAURANT GROUP, INC., JIMMY JOHN'S FRANCHISOR SPV, LLC, SONIC INDUSTRIES SERVICES, LLC, DUNKIN' BRANDS, INC.,<br><br>Defendants. | Case No. 3:25-CV-3645-AGT<br><br>**PLAINTIFFS' RESPONSE TO ORDER REGARDING ECF No. 57 AND MOTION TO STRIKE ECF NO. 57**<br><br>Hon. Alex G. Tse |

Plaintiffs provide this response to the Court's order (ECF No. 66) requesting clarification on the purpose of the amended document filed at ECF No. 57.

Plaintiffs filed their amended complaint (ECF No. 54) on February 6, 2026. Plaintiffs later realized that the amended complaint did not include a redline to the initial complaint as required by the Court's standing order. In an attempt to remedy this, Plaintiffs filed an amended document at ECF 57. This document is identical to ECF 54. Unfortunately, this document still does not include the redline to the initial complaint. Plaintiffs have attached the redline as Exhibit A to this response. Counsel for Plaintiffs apologizes for the oversight and confusion caused to the Court.

Accordingly, ECF No. 54 is the operative complaint, though ECF 57, the filing to which Defendants directed their motion to dismiss, is identical. To remove any further confusion, Plaintiffs move this court to strike ECF 57.

Dated: May 29, 2026

**GUTRIDE SAFIER LLP**

*/s/ Patrick J. Branon*
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Patrick J. Branson (*pro hac vice*)
patrick@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: 415-639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*