**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Patrick J. Branson (*pro hac vice*)
patrick@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: 415-639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

**BAKER & HOSTETLER LLP**
Bethany G. Lukitsch (SBN 314376)
Alexis Cruz (SBN 312842)
Kamran B. Ahmadian (SBN 314566)
1900 Avenue of the Stars | Suite 2700
Los Angeles, CA 90067-4508
Telephone: 310.820.8800
Facsimile: 310.820.8859
*blukitsch@bakerlaw.com*
*acruz@bakerlaw.com*
*kahmadian@bakerlaw.com*

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BENJAMIN PAUL DE AYORA, CHRISTINE WILEY, MIKHAIL GERSHZON, AND GEORGE NINO as individuals, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

INSPIRE BRANDS, INC., ARBY'S RESTAURANT GROUP, INC., JIMMY JOHN'S FRANCHISOR SPV, LLC, SONIC INDUSTRIES SERVICES, LLC, DUNKIN' BRANDS, INC.,

Defendants.

CASE NO.: 3:25-cv-03645-AGT

**STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE AMENDED COMPLAINT AND TIME FOR DEFENDANTS' TO RESPOND; ~~[PROPOSED]~~ ORDER**

**RECITALS**

Pursuant to Fed. R. Civ. P. 6 and this Court's L.R. 6-1(b), Plaintiffs BENJAMIN PAUL DE AYORA, CHRISTINE WILEY, MIKHAIL GERSHZON, and GEORGE NINO ("Plaintiffs") and Defendants INSPIRE BRANDS, INC., ARBY'S RESTAURANT GROUP, INC., JIMMY JOHN'S FRANCHISOR SPV, LLC, SONIC INDUSTRIES SERVICES, LLC, and DUNKIN' BRANDS, INC. ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows ("Stipulation"):

WHEREAS, this Court issued its order on Defendants' motion to dismiss the Second Amended Complaint on June 8. 2206. ECF No. 68 (the "Order").

WHEREAS, in the Order, this Court set July 10, 2026 as the deadline for Plaintiffs to file an amended complaint. *Id*.

WHEREAS, due to pre-planned vacations and Plaintiff availability, Plaintiffs' counsel conferred with counsel for Defendants and requested an extension of time for Plaintiffs to file their Third Amended Complaint;

WHEREAS, the Parties have conferred and agree, and are stipulating herein, that Plaintiffs deadline to file their Third Amended Complaint be extended by two weeks, up to and including July 24, 2026;

WHEREAS, the Parties have further agreed, and are stipulating herein, that Defendants' deadline to respond to Plaintiffs' Third Amended Complaint be set for August 21, 2026;

WHEREAS, the requested extension stipulated herein does not alter the date of any other event or deadline already fixed by Court order.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, on the one hand, and Defendants, on the other hand, by and through their respective undersigned counsel, and subject to Court approval, that:

1. Plaintiffs' deadline to file their Third Amended Complaint pursuant to this Court's Order (ECF No. 68) is extended up to and including July 24, 2026.

2. Defendants' deadline to respond to the Third Amended Complaint shall be August 21, 2026.

**IT IS SO STIPULATED.**

Dated: July 9, 2026

**BAKER & HOSTETLER LLP**

By: /s/Karman B. Ahmadian
Bethany G. Lukitsch
Alexis Cruz
Kamran B. Ahmadian

*Attorneys for Defendants*
INSPIRE BRANDS, INC., ARBY'S RESTAURANT GROUP, INC., JIMMY JOHN'S FRANCHISOR SPV, LLC, SONIC INDUSTRIES SERVICES, LLC, and DUNKIN' BRANDS, INC.

Dated: July 9, 2026

**GUTRIDE SAFIER LLP**

By: /s/Patrick J. Branson
Seth A. Safier
Marie A. McCrary
Todd Kennedy
Patrick J. Branson

*Attorneys for Plaintiffs*

**ATTESTATION**

I, Patrick Branson, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 9, 2026

*<u>/s/ Patrick Branson</u>*
Patrick Branson

# ~~[PROPOSED]~~ ORDER

The Court, having reviewed and considered the Stipulation filed by Plaintiffs BENJAMIN PAUL DE AYORA, CHRISTINE WILEY, MIKHAIL GERSHZON, and GEORGE NINO ("Plaintiffs") and Defendants INSPIRE BRANDS, INC., ARBY'S RESTAURANT GROUP, INC., JIMMY JOHN'S FRANCHISOR SPV, LLC, SONIC INDUSTRIES SERVICES, LLC, and DUNKIN' BRANDS, INC. ("Defendants") (collectively, the "Parties"), and good cause appearing for granting the relief requested therein, **HEREBY ORDERS AS FOLLOWS**:

1. The Parties Stipulation is **GRANTED**; and

2. Plaintiffs' deadline to file their Third Amended Complaint pursuant to this Court's Order (ECF No. 68) is extended up to and including July 24, 2026.

3. Defendants' deadline to respond to Plaintiffs' their Third Amended Complaint is August 21, 2026.

**IT IS SO ORDERED.**

Dated: July 9, 2026

HON. ALEX G. TSE
UNITED STATES MAGISTRATE JUDGE